BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00017-WBS-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 2009 KUBOTA LA854 FRONT END LOADER TRACTOR, SERIAL NUMBER: SS50555, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Juan Jose Domingo ("claimant"), by and through their respective counsel, as follows:

1.     On or about December 7, 2012, claimant Juan Jose Domingo filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2009 Kubota LA854 Front End Loader Tractor, Serial Number: SS50555 (hereafter "defendant vehicle"), which was seized on September 20, 2012.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant vehicle under 18

U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant vehicle as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline was March 7, 2013.

4. By Stipulation and Order filed March 6, 2013, the parties stipulated to extend to June 7, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

5. By Stipulation and Order filed May 31, 2013, the parties stipulated to extend to August 5, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

6. By Stipulation and Order filed August 7, 2013, the parties stipulated to extend to November 5, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to February 3, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

///
///
///
///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to February 3, 2014.

Dated:  11/4/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  11/4/13

/s/ Geoffrey J. Heitman
GEOFFREY J. HEITMAN
Attorney for claimant
Juan Jose Domingo
(As authorized by phone)

IT IS SO ORDERED.

Dated:  November 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE